**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| TINA M. PARENTE, | |
| Plaintiff, | Case No. 1:19-cv-04138 |
| v. | Honorable Judge Marvin E. Aspen |
| FAY SERVICING, LLC, | |
| Defendant. | |

**PLAINTIFF'S MOTION FOR LEAVE TO**
**FILE A FIRST AMENDED COMPLAINT**

**NOW COMES** Plaintiff TINA M. PARENTE ("Plaintiff"), by and through her counsel, Sulaiman Law Group, Ltd., and pursuant to Fed. R. Civ. P. 15(a)(2), respectfully brings this Motion for Leave to File a First Amended Complaint, and in support thereof, states as follows:

1. On January 30, 2019, Plaintiff brought suit against FAY SERVICING, LLC alleging violations of the Fair Debt Collections Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq*., the Telephone Consumer Protection Act ("TCPA"), 47 U.S.C. §227, violations of the Bankruptcy Discharge Injunction, 11 U.S.C. § 524, and violations of the Illinois Consumer Fraud and Deceptive Practices Act ("ICFA"), 815 ILCS 505/1 *et seq*. [Dkt. No. 1].

2. On July 16, 2019, Defendant filed an unopposed Motion for Extension of Time to file its Answer or Otherwise Plead. [Dkt. No. 11].

3. Defendant's Motion was granted, making its Answer due on August 19, 2019. [Dkt. No. 13].

1

4.    On August 19, 2019, Defendant filed a Motion to Dismiss Plaintiff's Complaint, pursuant to Fed. R. Civ. P. 12(b)(6). [Dkt. No. 14].

5.    On September 16, 2019, Plaintiff filed a Motion for Extension of Time to File Response or Reply to Defendant's Motion to Dismiss. [Dkt. No. 18].

6.    Plaintiff's Motion was granted, making its response due on October 10, 2019. [Dkt. No. 20].

7.    Upon full consideration of the arguments raised in Defendant's Motion, Plaintiff wishes to amend her original Complaint to address purported deficiencies set forth by Defendant, and plead her claims with more specificity.

8.    Pursuant to Fed. R. Civ. P. 15(a)(2), a court should freely give a party leave to amend its pleading when justice requires. *See* Fed. R. Civ. P. 15(a)(2).

9.    "Rule 15(a) declares that leave to amend 'shall be freely given when justice so requires'; this mandate is to be heeded. If the underlying facts or circumstances relied upon by a plaintiff may be a proper subject of relief, he ought to be afforded an opportunity to test his claim on the merits.'" *Foman v. Davis*, 371 U.S. 178, 182 (1962).

10.    A district court may deny a motion to amend where there is "undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amended, etc." *Id.*

11.    Justice would be served if Plaintiff is granted leave to amend her Complaint, as it would allow Plaintiff the opportunity to seek relief for her alleged injuries based on the underlying facts.

12.     Plaintiff's Motion for Leave to Amend is not brought for purposes of causing undue delay, nor is it the result of bad faith or other dilatory motive. Plaintiff's Motion for Leave to Amend is designed to address the purported deficiencies proffered by Defendant in its Motion to Dismiss. This is Plaintiff's first request to amend her complaint, and Defendant will not suffer any prejudice as a result of the amendment.

13.     Prior to filing Plaintiff's Motion for Leave to File a First Amended Complaint, counsel for Plaintiff contacted counsel for Defendant. The parties did not reach a concurrence on the relief sought in Plaintiff's Motion.

WHEREFORE, Plaintiff respectfully requests this Honorable Court to enter an order granting Plaintiff leave to file her First Amended Complaint.

Dated: October 10, 2019                    Respectfully submitted,

                                           s/ Alexander J. Taylor
                                           Alexander J. Taylor, Esq.
                                           *Counsel for Plaintiff*
                                           Sulaiman Law Group, Ltd.
                                           2500 S. Highland Ave., Ste. 200
                                           Lombard, IL 60148
                                           Phone (630) 575-8181
                                           ataylor@sulaimanlaw.com

### CERTIFICATE OF SERVICE

I hereby certify that on October 10, 2019, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois by using the CM/ECF system.  I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                           */s/ Alexander J. Taylor*
                                           *Counsel for Plaintiff*

3