Tina M. Parente
                Plaintiff,

v.                                                Case No.: 1:19–cv–04138
                                                Honorable Marvin E. Aspen

Fay Servicing, LLC
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 15, 2019:

      MINUTE entry before the Honorable Marvin E. Aspen: Motion for extension of time to file response [25] is granted. Motion for leave to file amended complaint [23] is granted. Motion hearing date of 10/17/2019 is stricken. Mailed notice (ags, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.