# FAY SERVICING

P.O. Box 619063
Dallas, TX 75261-9063

**Mortgage Statement**

Statement Date 03/11/2019

If you have questions or concerns about your statement, please contact us at 1-800-495-7166 between the hours of 8 a.m. - 9 p.m. CT Monday through Thursday, 8:30 a.m. - 5 p.m. CT Friday, and 10 a.m. - 4 p.m. CT Saturday.

TINA M PARENTE
5852 W 76TH ST
BURBANK IL 60459-3205

www.fayservicing.com

| | |
|---|---|
| **Account Number** | |
| **Payment Due Date** | 04/01/2019 |
| **Amount Due** | **$64,571.30** |

Property Address:

5852 W 76TH ST
BURBANK IL 60459

| Explanation of Amount Due | |
|---|---:|
| Principal | $289.30 |
| Interest | $653.23 |
| Escrow (for Taxes and/or Insurance) | $663.42 |
| **Regular Monthly Payment** | **$1,605.95** |
| Overdue Payments | $61,026.10 |
| Total Fees Charges | $1,939.25 |
| Suspense (Unapplied Funds) | ($0.00) |
| **Total Amount Due** | **$64,571.30** |

**Bankruptcy Message**

**Our records show that either you are a debtor in bankruptcy or you discharged personal liability for the mortgage loan in bankruptcy.**

We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.

If you want to stop receiving a mortgage statement, you must submit a written request to the following address:
Fay Servicing, LLC
901 S. 2nd Street, Suite 201
Springfield, IL 62704

If you later want to resume receiving a mortgage statement, you must submit a written request to the same address. Please be aware that we must comply with any order entered by the court in your bankruptcy case that requires us to cease providing a mortgage statement.

| Account Information | |
|---|---:|
| Outstanding Principal | $300,934.79 |
| Current Interest Rate | 3.25000% |
| Escrow Balance | ($26,715.76) |

| Past Payments Breakdown | | |
|---|---:|---:|
| | Since Last Statement | Paid Year to Date |
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow | $0.00 | $0.00 |
| Suspense | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

**Important Messages**

**\*\*Account History\*\***

Recent Account History

- Payment Due: 03/01/19  Unpaid balance of $1,605.95
- Payment Due: 02/01/19  Unpaid balance of $1,605.95
- Payment Due: 01/01/19  Unpaid balance of $1,605.95
- Payment Due: 12/01/18  Unpaid balance of $1,605.95
- Payment Due: 11/01/18  Unpaid balance of $1,605.95
- Payment Due: 10/01/18  Unpaid balance of $1,605.95
- **Total:$64,571.30** unpaid amount that, if paid, would bring your loan current.

**If You Are Experiencing Financial Difficulty:** See back for information about mortgage counseling or assistance.



TINA M PARENTE


PO Box 88009
Chicago, IL 60680-1009



| Payment Amount | |
|---|---:|
| **Account Number** | |
| Due By 04/01/2019: | $64,571.30 |
| Additional Principal | $ |
| Additional Escrow | $ |
| Total Amount Enclosed | $ |

# EXHIBIT A

## Important Information To Help Us Serve You Better

**Payments by Phone**
(800) 495-7166

| **Payments via Overnight or Express Mail** | **Correspondence** |
|---|---|
| Fay Servicing, LLC<br>Attn: Payment Processing<br>3000 Kellway Drive, Ste. 150<br>Carrollton, TX 75006 | Fay Servicing, LLC<br>P.O. Box 809441<br>Chicago, IL 60680-9441 |
| Payments cannot be made in person at this location | |

**Remember to include your name and account number on all payment remittances and written correspondence.**

**Payments by Phone**

Fay Servicing, LLC's Pay-by-phone option makes it possible to make your loan payment by calling the toll-free number 1-800-495-7166 between the hours of 8 a.m. – 9 p.m. CT Monday through Thursday, 8:30 a.m. – 5 p.m. CT Friday, and 10 a.m. – 4 p.m. CT Saturday. You can call as often as you like, there's no charge for the call or transaction.

**MoneyGram Express Payment**

MoneyGram ExpressPayment ensures same-day delivery of your payment to Fay Servicing, LLC. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Fay Servicing, LLC loan number. The Fay Servicing, LLC Receive Code is 15055. All ExpressPayment transactions require cash. The agent will charge a fee for this service. Fay Servicing, LLC does not charge a fee for this service.

### Activity Since Your Last Statement (02/12/2019 - 03/11/2019)

| Date | Description | Charges | Payments |
|---|---|---|---|
| 02/12/19 | ATTORNEY ADVANCES | $200.00 | |
| 02/12/19 | ATTORNEY ADVANCES | $50.00 | |

HUD-approved housing counselors are available at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling 1-800-569-4287.

**Complaints:** As of July 1, 2017, Fay Servicing, LLC will no longer accept Requests for Information or Notices of Error by email. All Requests for Information and Notices of Error must be submitted to:

Fay Servicing, LLC
901 S. 2nd Street, Suite 201
Springfield, IL 62704

**Fay Servicing, LLC is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are Monday-Thursday 8 a.m. - 9 p.m. Friday 8:30 a.m. - 5 p.m., and Saturday 10 a.m. - 4 p.m. CST. Call today: 1-800-495-7166. NMLS ID#88244. NC residents: Fay Servicing, LLC, NC Permit Number 112302, 440 S. LaSalle St., Suite 2000, Chicago, IL 60605-6011.**

# EXHIBIT A

**Representation Of Printed Document**



**Mortgage Statement**

P.O. Box 619063
Dallas, TX 75261-9063

Statement Date 04/10/2019

If you have questions or concerns about your statement, please contact us at 1-800-495-7166 between the hours of 8 a.m. - 9 p.m. CT Monday through Thursday, 8:30 a.m. - 5 p.m. CT Friday, and 10 a.m. - 4 p.m. CT Saturday.

www.fayservicing.com

TINA M PARENTE
5852 W 76TH ST
BURBANK IL 60459-3205

| | |
|---|---|
| Account Number | |
| Payment Due Date | 05/01/2019 |
| **Amount Due** | **$67,809.46** |

Property Address:

5852 W 76TH ST
BURBANK IL 60459

### Bankruptcy Message

**Our records show that either you are a debtor in bankruptcy or you discharged personal liability for the mortgage loan in bankruptcy.**

We are sending this statement to you for informational and compliance purposes only. It is not an attempt to collect a debt against you.

If you want to stop receiving a mortgage statement, you must submit a written request to the following address:
  Fay Servicing, LLC
  901 S. 2nd Street, Suite 201
  Springfield, IL 62704

If you later want to resume receiving a mortgage statement, you must submit a written request to the same address. Please be aware that we must comply with any order entered by the court in your bankruptcy case that requires us to cease providing a mortgage statement.

### Explanation of Amount Due

| | |
|---|---|
| Principal | $290.09 |
| Interest | $652.44 |
| Escrow (for Taxes and/or Insurance) | $974.38 |
| **Regular Monthly Payment** | **$1,916.91** |
| Overdue Payments | $62,632.05 |
| Total Fees Charges | $3,260.50 |
| Suspense (Unapplied Funds) | ($0.00) |
| **Total Amount Due** | **$67,809.46** |

### Account Information

| | |
|---|---|
| Outstanding Principal | $300,934.79 |
| Current Interest Rate | 3.25000% |
| Escrow Balance | ($27,908.72) |

### Past Payments Breakdown

| | Since Last Statement | Paid Year to Date |
|---|---:|---:|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow | $0.00 | $0.00 |
| Suspense | $0.00 | $0.00 |
| Fees | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

### Important Messages

### **Account History**

Recent Account History

- Payment Due: 04/01/19  Unpaid balance of $1,605.95
- Payment Due: 03/01/19  Unpaid balance of $1,605.95
- Payment Due: 02/01/19  Unpaid balance of $1,605.95
- Payment Due: 01/01/19  Unpaid balance of $1,605.95
- Payment Due: 12/01/18  Unpaid balance of $1,605.95
- Payment Due: 11/01/18  Unpaid balance of $1,605.95

- **Total:$67,809.46 unpaid amount that, if paid, would bring your loan current**.

**If You Are Experiencing Financial Difficulty:** See back for information about mortgage counseling or assistance.



TINA M PARENTE

 PO Box 88009
Chicago, IL 60680-1009



| Payment Amount | |
|---|---:|
| Account Number | |
| Due By 05/01/2019: | $67,809.46 |
| Additional Principal | $ |
| Additional Escrow | $ |
| Total Amount Enclosed | $ |

**EXHIBIT A**

**Internet Reprint**

## Important Information To Help Us Serve You Better

**Payments by Phone**
(800) 495-7166

| Payments via Overnight or Express Mail | Correspondence |
|---|---|
| Fay Servicing, LLC<br>Attn: Payment Processing<br>3000 Kellway Drive, Ste. 150<br>Carrollton, TX 75006<br><sub>Payments cannot be made in person at this location</sub> | Fay Servicing, LLC<br>P.O. Box 809441<br>Chicago, IL 60680-9441 |

**Remember to include your name and account number on all payment remittances and written correspondence.**

**Payments by Phone**
Fay Servicing, LLC's Pay-by-phone option makes it possible to make your loan payment by calling the toll-free number 1-800-495-7166 between the hours of 8 a.m. – 9 p.m. CT Monday through Thursday, 8:30 a.m. – 5 p.m. CT Friday, and 10 a.m. – 4 p.m. CT Saturday. You can call as often as you like, there's no charge for the call or transaction.

**MoneyGram Express Payment**
MoneyGram ExpressPayment ensures same-day delivery of your payment to Fay Servicing, LLC. Visit your local MoneyGram Agent. Call 1-800-926-9400 to locate the one nearest you. Complete the ExpressPayment form, providing your name and Fay Servicing, LLC loan number. The Fay Servicing, LLC Receive Code is 15055. All ExpressPayment transactions require cash. The agent will charge a fee for this service. Fay Servicing, LLC does not charge a fee for this service.

### Activity Since Your Last Statement (03/12/2019 - 04/10/2019)

| Date | Description | Charges | Payments |
|---|---|---|---|
| 03/13/19 | PROPERTY PRESERVATIO | $14.25 | |
| 03/15/19 | ATTORNEY ADVANCES | $250.00 | |
| 03/15/19 | FORECL/BNKR EXPENSES | $200.00 | |
| 03/15/19 | FORECL/BNKR EXPENSES | $200.00 | |
| 04/02/19 | FORECL/BNKR EXPENSES | $200.00 | |
| 04/02/19 | FORECL/BNKR EXPENSES | $457.00 | |
| 04/02/19 | HAZARD INS PAID | | -$1,192.96 |

HUD-approved housing counselors are available at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or by calling 1-800-569-4287.

**Complaints:** As of July 1, 2017, Fay Servicing, LLC will no longer accept Requests for Information or Notices of Error by email. All Requests for Information and Notices of Error must be submitted to:

Fay Servicing, LLC
901 S. 2nd Street, Suite 201
Springfield, IL 62704

**Fay Servicing, LLC is a debt collector, and information you provide to us will be used for that purpose. To the extent your original obligation was discharged, or is subject to an automatic stay under the United States Bankruptcy Code, this is being provided for informational purposes only and does not constitute an attempt to collect a debt or impose personal liability. Our office hours are Monday-Thursday 8 a.m. - 9 p.m. Friday 8:30 a.m. - 5 p.m., and Saturday 10 a.m. - 4 p.m. CST. Call today: 1-800-495-7166. NMLS ID#88244. NC residents: Fay Servicing, LLC, NC Permit Number 112302, 440 S. LaSalle St., Suite 2000, Chicago, IL 60605-6011.**

# EXHIBIT A