## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Tina M. Parente

                        Plaintiff,

v.                                                Case No.: 1:19−cv−04138
                                                   Honorable Marvin E. Aspen

Fay Servicing, LLC

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 9, 2019:

      MINUTE entry before the Honorable Marvin E. Aspen: Motion to dismiss [14] is denied as moot. Plaintiff's response to the motion to dismiss [34] is due by 1/3/2020; defendant's reply by 1/13/2020. Motion hearing date of 12/19/2019 is stricken. Mailed notice (ags, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.