**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TINA M. PARENTE,  <br>    Plaintiff,  <br>v.  <br>FAY SERVICING, LLC,  <br>    Defendant. | Case No. 1:19-cv-4138  <br><br>Honorable Judge Marvin E. Aspen |

**NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE that Tina M. Parente ("Plaintiff"), hereby notifies the Court that the Parties have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal.

Respectfully submitted this 24th day of July 2020.

*s/ Omar T. Sulaiman*
Omar T. Sulaiman
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Phone: (630) 575-8181
osulaiman@sulaimanlaw.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

   I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

                     *s/ Omar T. Sulaiman*\_\_\_\_\_
                     Omar T. Sulaiman